FILED

03/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0154

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0154

DENIS AGUADO,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

FILED

MAR 1 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant Denis Aguado has filed a Motion to Amend Petitioner's Opening Brief, which was filed on December 21, 2021. Upon consideration of Appellant's motion,

IT IS HEREBY ORDERED that Appellant's motion is GRANTED.

The Clerk's office is directed to file the Opening Brief attached to the motion and provide a copy of this motion to all counsel of record.

DATED this ____ day of March, 2022.

For the Court,

_____
Chief Justice